IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Hamilton, Renia | Case Number: 07 B 14473 |
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 8/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 19, 2008
Confirmed: October 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,374.72 | |
| Secured: | | 875.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,684.00 |
| Trustee Fee: | | 228.77 |
| Other Funds: | | 586.95 |
| Totals: | 4,374.72 | 4,374.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,684.00 | 2,684.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 2,576.02 | 550.00 |
| 4. | Citizens Financial Services | Secured | 7,437.00 | 325.00 |
| 5. | Option One Mortgage Corp | Secured | 3,976.91 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 392.40 | 0.00 |
| 8. | American General Finance | Unsecured | 0.91 | 0.00 |
| 9. | Sheraton Vistana Resort | Secured | | No Claim Filed |
| 10. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 11. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 12. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 13. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 14. | Northwest Collectors | Unsecured | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | $ 17,067.24 | $ 3,559.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 87.09 |
| 6.5% | 122.85 |
| 6.6% | 18.83 |
| | $ 228.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hamilton, Renia | Case Number: 07 B 14473 |
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 8/10/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*